# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

IN RE: TODD ALAN HUFF           *
      MYRTLE MAY HUFF           *           CHAPTER 13
                                *           CASE NO. 12-51539
                                *
      Debtors                    *
_____/

TODD ALAN HUFF
MYRTLE MAY HUFF,

      Movants

v.

AUGUSTA HEALTH CARE, INC.
D/B/A AUGUSTA MEDICAL CENTER
AND ALSO D/B/A AUGUSTA HEALTH

      Respondent.

_____/

## ORDER AVOIDING LIEN

AND NOW, before the Court is the Debtors' Motion to Avoid Lien. Upon due consideration by the Court, no response having been filed by Augusta Health Care, Inc. d/b/a Augusta Medical Center and also D/B/A Augusta Health, the Respondent, or any other party to the relief requested, and pursuant to the Pre – Hearing Order entered on March 4, 2013 requiring a response by March 25, 2013, and for good cause shown, it is hereby

ORDERED AND DECREED that the judicial lien held by Augusta Health Care, Inc. d/b/a Augusta Medical Center and also D/B/A Augusta Health, in and on Debtors' real

property, entered of record in the land records of the Augusta County Circuit Court Clerk's Office on or about November 29, 2007, as Instrument Number 070001596 in the approximate original amount of $3,131.76 plus costs and attorney's fees, be and hereby is avoided and cancelled.

Debtor's counsel shall distribute this Order pursuant to Local Rules.

Date: April 1, 2013

_____
United States Bankruptcy Judge

I ASK FOR THIS:

/s/ David Cox
David Cox
VSB #38670
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434-845-2600
Counsel for Debtor(s)
david@coxlawgroup.com


Seen:

/s/ Herbert L. Beskin
Herbert L. Beskin, Chapter 13 Trustee